IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NANDRE ERVIN,

      Plaintiff,                                 CASE NO. 4:23-cv-185-KGB-psh
                                                           JURY DEMAND

v.

PULASKI COUNTY, ARKANSAS, et al.,

      Defendants.

**PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE**

**COMES NOW** Plaintiff Nandre Ervin, by and through his undersigned attorneys (hereinafter "Plaintiff"), and respectfully requests this honorable Court schedule a settlement conference in this matter. In support of his request, Plaintiff states as follows:

1. On December 5, 2023, this Court set a Final Scheduling Order in this matter, setting a deadline of June 7, 2024, for any party to request a settlement conference. (ECF No. 34, p. 2).

2. On May 13, 2024, Defendant Turn Key Health Clinics, LLC, and its employees ("Turn Key Defendants") requested an extension of the Final Scheduling Order deadlines by ninety (90) days. (ECF No. 45).

3. May 29, 2024, this Court granted Turn Key Defendants' request, which set the new deadline for any party to request a settlement conference as September 5, 2024. (ECF No. 47).

4. On September 4, 2024, Plaintiff's counsel consulted with Turn Key Defendants and the County Defendants to obtain their positions on requesting a settlement conference. Counsel for the Turn Key Defendants agreed that a settlement conference might be fruitful in this matter.

Despite multiple attempts to reach the County Defendants, Plaintiff's counsel has not yet heard back from Mr. Owens but suspects there will be no opposition to a settlement conference.

5. In this matter, written discovery has been exchanged, and on August 9, 2024, Plaintiff disclosed the reports of both his correctional healthcare expert, Dr. Michael McMunn, and Dr. James Freeman, his ophthalmologist expert.

6. Defendants counsel have until October 10, 2024, to submit rebuttal experts in this matter (*See* ECF Nos. 34, 47).

7. Plaintiff's counsel avers that a scheduling conference to set the settlement conference would be beneficial given the inability to reach the County Defendants' counsel prior to the deadline to submit this request.

8. Should this honorable Court forego a scheduling conference, Plaintiff's counsel would respectfully request the ability for Plaintiff's counsel Mr. Brice M. Timmons to appear remotely or participate via phone, while Mr. Craig A. Edgington appears in person with Plaintiff. Mr. Timmons is out of the country until October 9, 2024.

9. As a precaution, Plaintiff's counselors inform this honorable Court that they will be in a trial October 21 – 25, before the Honorable Sheryl H. Lipman in the Western District of Tennessee, with a pre-trial conference date of October 11, 2024.

Respectfully submitted,

*/s/ Craig A. Edgington*
Craig A. Edgington (TN Bar #38205)
Brice M. Timmons (TN Bar #29582)
WATSON BURNS, PLLC
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
(901) 529-7996 – Phone
(901) 877-4629 - Facsimile
cedington@watsonburns.com
btimmons@watsonburns.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2024, a true and accurate copy of this pleading was served on all attorneys of record via the Court's ECF system.

*/s/Craig A. Edgington*

## CERTIFICATE OF CONSULTATION

I hereby certify that on the 4th day of September 2024, I consulted with Turn Key Defendants who did not oppose the relief sought in this motion. Additionally, I attempted to consult with the County Defendants but was not able to reach Mr. Owens but suspect no opposition to the relief herein sought.

*/s/Craig A. Edgington*